UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN HARPER and LANA KUDINA,

    Plaintiffs,

  v.

MARK BUSH and PYRAMID HOMES INCORPORATED,

    Defendants.

Case No. C08-5154FDB

ORDER DENYING MOTION TO COMPEL

Plaintiffs move for an order compelling defendants' attorney to comply with the Court's March 20, 2008 order regarding initial disclosures, joint status report and early settlement. The dates in that order are still in the future. ACCORDINGLY,

IT IS ORDERED: Plaintiffs' Motion To Compel [Dkt. # 19] is DENIED.

DATED this 17th day of June, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1