UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN HARPER and LANA KUDINA,

    Plaintiffs,

    v.

MARK BUSH and PYRAMID HOMES INCORPORATED,

    Defendants.

Case No. C08-5154FDB

ORDER AWARDING DEFENDANTS REASONABLE ATTORNEYS' FEES AND COSTS AND CONFIRMING SANCTIONS AWARD

        Pursuant to the Court's Order of July 10, 2008, wherein Defendants' motion to dismiss and for sanctions, as well as for reasonable attorney's fees and costs, was granted, Defendants now move for an award of attorneys' fees pursuant to supporting documentation. Defendants also move for confirmation of the $5,000.00 sanctions awarded in view of a different amount mentioned in the body of the Court's order. The sanctions amount awarded is correctly stated as $5,000.00 in the Order at page 6, item number 3, and this Order is correctly reflected in the Judgment as sanctions granted in the amount of $5,000.00. While Plaintiffs object to the motion for confirmation of sanction, viewing it as an untimely motion to alter and amend judgment, the Court overrules the objection as lacking in merit.

        Defendants submit documentation for reasonable attorneys' fees in the amount of $11,225.50. The Schlotfeldt Affidavit sets forth the roles and hourly rate of the three attorneys and two paralegals who worked on this case, together with their respective hourly rates and time sheets.

ORDER - 1

Plaintiffs, citing 28 U.S.C. § 2412, object to the motion arguing that attorneys fees should be limited to $125 per hour unless the Court specifically determines otherwise. Plaintiffs also contend, among other things, that Attorney Schlotfeldt does not have experience in cases involving civil rights and constitutional law, that he is a "sloppy attorney," that Attorney Quinn Posner's bill must be padded because it comes in gradually increasing increments, and that the paralegal's hourly rate is excessive.

The statute cited by Plaintiffs applies in cases where the United States is a party, and is, therefore, inapplicable in this case. Plaintiffs contentions as to Defendants request for attorneys' fees and the hourly rates stated fail to convince the Court that the motion should not be granted. Therefore, the Court finding that the Defendants' showing regarding attorneys' fees and costs is reasonable, Defendants' motion will be granted in the amount requested.

NOW, THEREFORE, IT IS ORDERED:

1. Defendants' Motion for Costs and Attorneys' Fees and Confirmation of Sanctions Awarded [Dkt. # 31] is GRANTED and the amount of sanctions earlier awarded is confirmed as $5000.00 as reflected both in the Court's July 10, 2008 Order at p. 6, item No. 3 [Dkt. # 24] and in the Judgment entered July 11, 2008 [Dkt. # 26]; and

2. Pursuant to the Court's July 10, 2008 Order awarding reasonable attorneys' fees and costs, Defendants are awarded reasonable attorneys' fees in the amount of $11,225.50.

DATED this 11th day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2