UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN HARPER and LANA KUDINA,

Plaintiffs,

v.

MARK BUSH, and PYRAMID HOMES INCORPORATED,

Defendants.

Case No. C08-5154FDB

ORDER DENYING STAY

Plaintiffs move, pursuant to Fed. R. Civ. P. 62(a) for a stay of Judgment pending appeal and a stay on Defendants' Motion for an award of costs and attorney's fees. In a proper case, an appellant may obtain a stay by supersedes bond upon or after filing notice of appeal, and the stay takes effect when the court approves the bond. Plaintiffs have not suggested a bond, but argue that the District Court has discretion to set the amount of the bond.

No good cause is shown why a stay should be granted under the circumstances of this case, and the Court sees no reason to grant a stay.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' Motion for Stay of Judgments Pending Appeal and for Stay on Defendants' Motions for an Award of Costs and Attorney's Fees [Dkt. # 34] is DENIED.

DATED this 15th day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1